# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 4, 2016

Lyle W. Cayce
Clerk

No. 15-10441
Summary Calendar

SEALED APPELLEE 1,

      Plaintiff - Appellee

v.

SEALED APPELLANT 1,

      Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-01388-P

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

    Defendant-appellant filed a notice of appeal from the district court's order granting plaintiff-appellee a temporary restraining order ("TRO") to prevent defendant from violating the terms of the parties' Settlement Agreement concerning an employment dispute. Relying on Federal Rule of Civil Procedure 65(b)(2), the district court later extended the TRO two times

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for fourteen days each in order to allow the magistrate judge to hold an evidentiary hearing on the plaintiff's motion for a preliminary injunction and to issue her report and recommendations to the district court. The TRO expired on June 15, 2015, and the magistrate judge submitted her report and recommendations. On November 30, 2015 the district court granted the plaintiff's motion for a preliminary injunction. In this appeal, the plaintiff challenges: (1) the issuance of the TRO; (2) the extensions of the TRO; and (3) the magistrate judge's report to the district court on the motion for a preliminary injunction.

In light of the district court's November 30th order granting plaintiff's motion for preliminary injunction, defendant's appeal of the temporary restraining order has been rendered moot. Accordingly, we DISMISS the appeal.

IT IS SO ORDERED.